

**ANCORA EDUCATION**
GROUNDED IN STUDENT SUCCESS

8701 BEDFORD EULESS ROAD SUITE 400
HURST, TEXAS 76053
(682) 334-5700

February 27, 2018

FILED
U.S. Bankruptcy Court
MAR 0 2 2018
Middle District of Georgia

RECEIVED
U.S. Bankruptcy Court
MAR 0 2 2018
Middle District of Georgia

United States Bankruptcy Court
P.O. Box 1957
Macon, GA 31202

RE: Garnishment for Regina Y. Daniely Case# 17-52431-AEC

Please see attach the withholding order we received in our office for Regina Y. Daniely. We have acquired Delta Career Education Corporation for some of their locations but we are unable to process the current order with Delta's name on the withholding order. Please can you submit a new withholding order with STVT-AAI Education Inc. or Ancora Education information and we will be happy to process this withholding order for you.

If you have any questions please feel free to contact me at 682-334-5630. You also can fax this orders to HR 1-888-727-8109.

Thank you for your help and cooperation.

Donna Huelsman
Director – Payroll
Direct line: 682-334-5630
Fax: 1-888-727-8109

ARIZONA AUTOMOTIVE INSTITUTE
PLATT COLLEGES
SOUTH TEXAS VOCATIONAL TECHNICAL INSTITUTES

**SO ORDERED.**

**SIGNED this 7 day of December, 2017.**



*Austin E Carter*
**Austin E. Carter
United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>Regina Y. Daniely<br>49 Park Lane<br>Warner Robins, GA 31093<br><br>SOCIAL SECURITY NO. XXX-XX-8795 | CHAPTER 13 CASE NO. 17-52431-AEC<br><br>Proceedings for Adjustment of Debts<br><br>ORDER DIRECTED TO<br>EMPLOYER |

### ORDER REQUIRING EMPLOYER TO WITHHOLD PAYMENTS AND SUBMIT FUNDS TO THE TRUSTEE

TO:    McCann School of Business & Technology
       Attn: Payroll Dept
       4525 Columbus Street Ste. 101
       Virginia Beach, VA 23462

   The debtor having filed a plan formulating periodic payments by the debtor to the trustee for adjustment of debts; and

It appearing to the Court that in the best interest of efficient administration of the debtor's estate, the debtor's employer should deduct the sum proposed by the debtor's plan from the disposable earnings of the debtor and tender said sum to the trustee as provided by Title 11 U.S.C. Section 1325 (c) of the Code; whereupon it is

ORDERED that the employer be and is directed to deduct the sum of

## $437.50 BI-WEEKLY

from the disposable earnings of the debtor beginning the pay period following the date of this Order, and continuing each pay period thereafter as long as the debtor is employed by said employer, or until further order of this Court, or until further notified by the trustee that the deduction may be terminated;

**and shall transmit such funds withheld to:**

**CHAPTER 13 TRUSTEE**
**M.D. GA - ATHENS & MACON**
**PO BOX 102043**
**ATLANTA GA  30368-2043**

not later than the 10th day of each month following the month such funds are withheld.

**All checks should be made payable to:**
**CHAPTER 13 TRUSTEE**

The debtor's name and case number shall accompany all payments.

**FURTHER ORDERED** that the employer shall immediately cease deduction of every kind except deductions required for state and federal income taxes, health insurance, social security contributions, retirement or pension plan contributions, union dues and current child support.

**FURTHER ORDERED** that the employer may not deduct any sum from the debtor's earnings for any expenses for administering this Order.

**FURTHER ORDERED** that if the employer objects to the entry of this Order, the employer may file a written objection with the United States Bankruptcy Court, P.O. Box 1957, Macon, GA 31202.

**FAIL NOT UNDER PENALTY AS PROVIDED FOR BY THE ACT OF CONGRESS RELATING TO BANKRUPTCY.**

**FURTHER ORDERED** that a copy of this Order be mailed to the employer, debtor, counsel for debtor and the trustee.

## END OF DOCUMENT

Prepared by:
CAMILLE HOPE
P.O. BOX 954
MACON GA  31202-0954
TELEPHONE (478)742-8706



To:

From:

Subject:     Information for Case 17-52431 [Regina Y. Daniely ]

Message:     This is information for Case 17-52431 [Regina Y. Daniely ]


*** This email was generated by the Chapter 13 Trustee Office of Camille Hope.



**Office of the Chapter 13 Trustee, Macon, Georgia**
P.O. Box 954, Macon, Georgia 31202-0954
Tel: 478.742.8706 Fax: 478.746.4488

This facsimile transmission contains information, which is confidential and/or privileged. This information is intended for use only by the addressee indicated above. If you are not the intended recipient, please be advised that any disclosure, copying, distribution, or use of the contents of this information is strictly prohibited, and that any misdirected or improperly received information must be returned to this company immediately. Your cooperation in phoning us of erroneous receipt is requested.